UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JOHN DANIEL CHALLENDER,<br><br>Plaintiff,<br><br>vs.<br><br>JASON PARMENTER, Police Officer with Rapid City Police Department, in his individual and official capacity; RACHEL CURRY, Police Officer with Rapid City Police Department, in her individual and official capacity; DON HEDRICK, Police Chief with Rapid City Police Department, in his individual and official capacity; CITY OF RAPID CITY, Respondeat Superior at Rapid City Police Department, in its individual and official capacity,<br><br>Defendants. | 5:22-CV-05040-KES<br><br>JUDGMENT |

Under the Order Granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis and 1915A Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that Challender's complaint (Docket 1) is dismissed without prejudice.

Dated June 1, 2022.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE